# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Williams, April,
  Plaintiff,

v.

First Transit/CT Transit,
  Defendant(s).

Case No. 3:22cv90 OAW
(To be supplied by the Court)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff resides at the following location: P O Box 198 Enfield CT 06083

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: _____

3. This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

☐ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

My Year of Birth is: _____.

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☑ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☐ Failure to hire me. I was refused a job on the following date(s): ____

(B) ☑ Termination of my employment. I was terminated from my employment on the following date: _On or about August 18, 2018_

(C) ☐ Failure to promote me. I was refused a promotion on the following date(s): _____.

(D) ☑ Other acts as specified below: _Caused PTSD, anxiety, depression and post partum depression_

5. The conduct of the Defendant(s) was discriminatory because it was based upon: race [☒] color [ ], religion [ ], sex [ ], age [ ], national origin [☒] or disability [ ]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: _____

_____

6. The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

I was severly harrassed, retaliated and sexual assaulted while at the work place. Resulting in two early pregnancy, two youngest children suffers from anxiety. Diagnosis with depression, anxety, PTSD and post pardum depression. I couldn't go outside for nearly a year. I did not hold my third child for nearly a year. This caused extreme pain and suffering and emotional distress and loss of wages.

7. The approximate number of persons who are employed by the Defendant employer I am suing is: 500 .

8. The alleged discrimination occurred on or about the following date(s) or time period: 2015 - 2018 .

3

9. I filed charges with the:

☑ Equal Employment Opportunity Commission

☑ Connecticut Commission on Human Rights and Opportunities

10. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: 10/25/2021

[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

11. The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: Caused PTSD, depression, Anxiety and postpartum depression. I was severely harassed, retaliated and discriminated against for years causing medical diagnosis(es)

12. If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13. WHEREFORE, Plaintiff(s) pray(s) that: The Court grant such relief as may be deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

☑ Injunctive orders (specify the type of injunctive relief sought): Cease and desist of any harrassment, Sealed case;

☑ Backpay;

4

☑ Reinstatement to my former position;

☑ Monetary damages (specify the type(s) of monetary damages sought): Seeking 1.5 million for Damages Collectively. Pain and suffering, emotional distress, loss of wages, children suffers from extreme anxiety, PTSD, depression, Post partum depression And anxiety

☑ Other (specify the nature of any additional relief sought, not otherwise provided for on this form): Was sexual assaulted at work, harassed which resulted in medical diagnosis. Loss of medical, Loss of wage, loss of comfort and enjoyment. Seeking 1.5 for damages collectively

AND costs and attorneys' fees.

**JURY DEMAND**

I hereby   DO ☐   DO NOT ☑ demand a trial by jury.

_____   _Auil William_____
Original signature of attorney (if any)   Plaintiff's Original Signature

[                              ]   [ Lorel Williams ]
Printed Name and address   Printed Name and address


( )_____   860 965 2137
Attorney's telephone   Plaintiff's telephone

_____   areynolds1024@gmail.com
Email address if available   Email address if available

Dated: _____

5

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Enfield  on  1/18/2022 .
             (location)               (date)

*April Williams*
Plaintiff's Original Signature

(Rev. 3/23/16)

Subscribed and sworn to before me, at Enfield, CT, this 18th day of January, 2022 by Ellen Sidway

ELLEN SIDWAY
Notary Public, State of Connecticut
My Commission Expires July 31, 2026