UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| APRIL WILLIAMS,<br>Plaintiff,<br><br>v.<br><br>FIRST TRANSIT, INC.; CT TRANSIT; H.N.S. MANAGEMENT, CO., INC; CATHERINE GRAY; LINDA DELALLO; MARK FALLON; BLENDI NAKO; DYLIA TURLEY; BRENDA NIEVES; ERIN WILLIAMS; MICHAEL BLONDIN; COLE POULIOT; ORLENA COWAN; AL ORTIZ; JOE LITTLE; DAVID LEE; DARYL BROWN; STANLEY ZIMOWSKI; SHAWNTAY SMITH TAYLOR; ALLEN TAYLOR; KEISHA CAMPBELL; ROMANDA T. ELKEY; JOHN JOHN ELKEY; TRINA LOUIS; MARIA MALDONADO; VALERIE D. TAYLOR; JOSE SILVA; ALICIA NIETUPSKI; TINA COLEMAN-WAUGHN; AIDA MENDOZA; DEJESUS,<br>Defendants | 3:22-CV-00090(OAW) |

## JUDGMENT

This action having come before the Court for consideration of the Defendants' Motions to Dismiss (ECF #'s 83, 88, 104, and 105) before the Honorable Omar A. Williams, United States District Judge; and, the Court having considered the full record of the case including applicable principles of law and having issued a Ruling on November 8, 2023 granting said Motions, and dismissing with prejudice all claims against all defendants, it is hereby

ORDERED, ADJUDGED and DECREED that judgment is hereby entered dismissing the action with prejudice, and the case is closed.

Dated at Hartford, Connecticut, this 9th day of November 2023.

DINAH MILTON KINNEY, CLERK

EOD: 11/9/23        BY:   /s/ F. Velez
                                  Frances Velez, Deputy Clerk